UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| JOHN BLANEY MARTIN & | : | CHAPTER 13 |
| NANCY CAROL MARTIN | : | |
| | : | |
| Debtors. | : | CASE NO.: 11-43251-PWB |
| | : | |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Debtors, JOHN BLANEY MARTIN and NANCY CAROL MARTIN, by and through their attorney, move to voluntarily dismiss their above-captioned Chapter 13 case.

WHEREFORE, John Blaney Martin and Nancy Carol Martin, requests that this court enter an order dismissing their Chapter 13 case.

This 15th day of May, 2015

/s/
Howard Slomka
Georgia Bar No. 652875
Attorney for Debtor
The Slomka Law Firm
1069 Spring Street, NW
2nd Floor
Atlanta, GA 30309

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| JOHN BLANEY MARTIN & | : | CHAPTER 13 |
| NANCY CAROL MARTIN | : | |
| | : | |
| Debtors. | : | CASE NO.: 11-43251-PWB |
| | : | |

### DECLARATION UNDER PENALTY OF PERJURY

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge, information and belief we want our Chapter 13 case dismissed.

_____/s/_____
JOHN BLANEY MARTIN

_____/s/_____
NANCY CAROL MARTIN

This 15th day of May, 2015

Penalty of making false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

JOHN BLANEY MARTIN & : CHAPTER 13
NANCY CAROL MARTIN :

    Debtors. : CASE NO.: 11-43251-PWB

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the within and foregoing Motion to Voluntarily Dismiss Chapter 13 Case in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

John and Nancy Martin
261 Nally Road
Rydal, GA 30171

The Bureaus, Inc.
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh

Sidney Gelernter
McCurdy & Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

Bank of America, N.A.
c/o BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP
15000 SURVEYOR BLVD., SUITE 100
ADDISON, TX 75001

SEE ATTACHED FOR ADDITIONAL CREDITORS

This 15th day of May, 2015

                                          /s/_____
                                          Howard Slomka
                                          Georgia Bar No. 652875
                                          Attorney for Debtor
                                          The Slomka Law Firm
                                          1069 Spring Street, NW
                                          2nd Floor
                                          Atlanta, GA 30309

```
Label Matrix for local noticing          BANK OF AMERICA, N.A.                    Bank of  America, N.A.
113E-4                                   2380 Performance Dr.                     c/o BDFLB, LLP
Case 11-43251-pwb                        Richardson, TX 75082-4333                15000 Surveyor Blvd Suite 100
Northern District of Georgia                                                      Addison, TX 75001-4417
Rome
Fri May 15 12:52:15 EDT 2015

National Capital Management, LLC         (p)PORTFOLIO RECOVERY ASSOCIATES LLC     ROME RADIOLOGY
PO Box 12786                             PO BOX 41067                             PO Box 369
Norfolk, VA 23541-0786                   NORFOLK VA 23541-1067                    Rome, GA 30162-0369




Residential Credit Solutions, Inc.       Barclays Bank Delaware                   Bureaus Investment Group Portfolio No 15 LLC
McCurdy & Candler LLC                    Attention: Bankruptcy                    c/o Recovery Management Systems Corp
Six Piedmont Center, Suite 700           Po Box 8801                              25 SE 2nd Avenue Suite 1120
3525 Piedmont Rd NE                      Wilmington, DE 19899-8801                Miami, FL 33131-1605
Atlanta, GA 30305-1608


Bureaus Investment Group Portfolio No 16 LLC    CANDICA, LLC                      Capital One
c/o Recovery Management Systems Corp     C O WEINSTEIN AND RILEY, PS              PO Box 71083
25 SE 2nd Avenue Suite 1120              2001 WESTERN AVENUE, STE 400             Charlotte, NC 28272-1083
Miami FL 33131-1605                      SEATTLE, WA 98121-3132



Capital One Bank (USA), N.A.             Capital One, N.a.                        Cartersville Emergency Phy
by American InfoSource LP as agent       Capital One Bank (USA) N.A.              PO Box 404341
PO Box 71083                             Po Box 30285                             Atlanta, GA 30384-4341
Charlotte, NC  28272-1083                Salt Lake City, UT 84130-0285



Certersville Medical Center              Chase                                    Chase Bank USA, N.A.
960 Joe Frank Harris Pkwy                Po Box 15298                             PO Box 15145
Cartersville, GA 30120-2129              Wilmington, DE 19850-5298                Wilmington, DE 19850-5145




Emerald Ar                               Financial Corporation Of America         Frederick J. Hanna & Assoc
1225 N 16th St                           Attn: Bankruptcy                         James T. Freaney
Phoenix, AZ 85020                        Po Box 203500                            1427 Roswell Road
                                         Austin, TX 78720-3500                    Marietta, GA 30062-3668



RCS                                      Recovery Management Systems Corporation  Residential Credit Solutions, Inc.
Po Box 78954                             25 S.E. 2nd Avenue, Suite 1120           4282 N. Freeway
Phoenix, AZ 85062-8954                   Miami, FL 33131-1605                     Fort Worth, Tx 76137-5021




Santander Consumer USA                   Santander Consumer USA Inc., as servicer for    Stair Stainless Screw Co.
8585 N. Stemmons FWY                     8585 N Stemmons Fwy, Ste. 1100N          2825 Northwood Pkwy
Suite 1100                               Dallas, TX 75247-3822                    Norcross, GA 30071-1535
Dallas, TX 75247-3822




Star Stainless Screw Co.                 (p)SUMMIT RADIOLOGY PC                   The Bureaus Inc
Howe & Associates                        5001 US HWY 30                           Attn: Ramesh Singh
4385 Kimball Bridge Road                 STE D                                    c/o Recovery Management Systems Corp.
Suite 100                                FORT WAYNE IN 46818-9701                 25 SE 2nd Avenue, Suite 1120
Alpharetta, GA 30022-4474                                                         Miami, FL 33131-1605
```

```
The Bureaus Inc.                    Howard P. Slomka                        John Blaney Martin
Attention: Bankruptcy Dept.         Slomka Law Firm                         261 Nally Road
1717 Central St.                    2nd Floor                               Rydal, GA 30171-1136
Evanston, IL 60201-1507             1069 Spring Street, NW
                                    Atlanta, GA 30309-3817


Mary Ida Townson                    Nancy Carol Martin                      Shawn J. Eisenberg
Chapter 13 Trustee                  261 Nally Road                          The Slomka Law Firm, PC
Suite 2200                          Rydal, GA 30171-1136                    1069 Spring Street, NW
191 Peachtree Street, NE                                                    2nd Floor
Atlanta, GA 30303-1770                                                      Atlanta, GA 30309-3817
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC.   (d)Portfolio Rc                      (d)Portfolio Recovery Associates, LLC
POB 41067                             Attn: Bankruptcy                     POB 41067
Norfolk, VA 23541                     Po Box 41067                         Norfolk VA 23541
                                      Norfolk, VA 23541


Summit Radiology PC
6119 West Jefferson Blvd
Fort Wayne, IN 46804
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Recovery Management Systems Corporation   (u)The Bureaus, Inc.           (d)National Capital Management LLC
                                                                            PO Box 12786
                                                                            Norfolk, VA 23541-0786


(d)National Capital Management, LLC.   (d)Rome Radiology                    End of Label Matrix
PO Box 12786                           PO Box 369                           Mailable recipients     35
Norfolk, VA 23541-0786                 Rome, GA 30162-0369                  Bypassed recipients      5
                                                                            Total                   40
```